Law Offices

# MICHAEL D. HARPER, P.C.

1075 Peachtree Street, N.E., SUITE 3650
ATLANTA, GEORGIA 30309-3934

Telephone: (404) 965-3565                    Mharper@mharperlaw.com
Facsimile: (404) 965-3765                    www.mharperlaw.com

October 3, 2018

VIA CERTIFIED MAIL, RETURN RECEIPT REQUESTED

Theodore "Ted" Jackson, Sheriff
Fulton County Sheriff's Office
185 Central Ave. S.W.
Atlanta, Georgia 30303

Chairman Robb Pitts
Fulton County Board of Commissioners
141 Pryor Street SW
10th Floor
Atlanta, Georgia 30303

Liz Hausmann, District 1
Fulton County Board of Commissioners
141 Pryor Street SW
10th Floor
Atlanta, Georgia 30303

Bob Ellis, Vice Chairman District 2
Fulton County Board of Commissioners
141 Pryor Street SW
10th Floor
Atlanta, Georgia 30303

Lee Morris, District 3
Fulton County Board of Commissioners
141 Pryor Street SW
10th Floor
Atlanta, Georgia 30303

Natalie Hall, District 4
Fulton County Board of Commissioners
141 Pryor Street SW
10th Floor
Atlanta, Georgia 30303

**Ante Litem Notice**
**October 3, 2018**
**Page 2**

Marvin S. Arrington Jr., District 5
Fulton County Board of Commissioners
141 Pryor Street SW
10th Floor
Atlanta, Georgia 30303

Emma I. Darnell, District 6
Fulton County Board of Commissioners
141 Pryor Street SW
10th Floor
Atlanta, Georgia 30303

      Re: Ante Litem Notice Regarding Antonio D. May (Deceased)

Dear Sheriff Jackson and the Fulton County Board of Commissioners:

      This law firm, in association with The Reese Firm, LLC, represents the heirs and the Estate of Antonio D. May (deceased).   Pursuant to O.C.G.A § 36-11-1, this correspondence constitutes a formal ante litem notice to Theodore "Ted" Jackson, Sheriff of Fulton County in his official capacity as the official jailer of Fulton County, GA, and to Fulton County, Georgia, regarding the wrongful death of Antonio May (a 32 year old father of three minor boys), which occurred at the Fulton County, GA jail at 901 Rice St. NW Atlanta, Georgia 30318 on September 11, 2018.

      The claims against Sheriff Jackson and Fulton County are based upon the actions of the detention officers at the Fulton County jail.   These officers violated the United States and Georgia Constitutional rights of Mr. May and caused his death.   Specifically, on the morning of September 11, 2011 at around 8:58 am Mr. May was booked into the Fulton County jail on charges of criminal trespass.   While in a holding cell and before being placed in general population Mr. May allegedly removed his clothing, pleasured himself and refused to put his hands behind his back upon request in order to be placed in a restraining chair in the holding cell.   Mr. May was then confronted by six officers.   The officers then tased him, put a stun gun on his body on at least two separate places and then sprayed pepper spray in his face.   Mr. May was then placed in the restraining chair and decontaminated in the shower area.   When the water from the shower did not remove all of the pepper spray the officers put a water hose to Mr. May's face while he was restrained in the chair. Minutes after he was decontaminated Mr. May went unresponsive and died outside of the shower area on the floor of the Fulton County Jail.   These officers tortured Mr. May and then killed him. Their actions were clearly excessive force based on the totality of the circumstances, and tragically caused Mr. May his life.   There was no need for the officers to confront Mr. May in the cell.   Mr. May was alone in the cell and did not pose a threat to anyone.   Moreover, Mr. May was a small man weighing less than 175 lb.   Clearly, six officers could have restrained a small naked man in a holding cell without resorting to such lethal force.   Mr. May's family is devastated.   His senseless death leaves his three sons, ages 4, 6 and 13 without a father.

**Ante Litem Notice**
**October 3, 2018**
**Page 3**

   We are willing to meet with Fulton County officials in order to resolve this matter.   Please contact us by **November 2, 2018** if you wish to participate in mediation efforts.   If not, we will be forced to file a legal action against Fulton County, GA, Sheriff Theodore Jackson in his official capacity, and the Fulton County Jail detention officers involved in this altercation in their individual and official capacity.   We are prepared to seek **$25,000,000.00** on behalf of Mr. Antonio May's children based the unconstitutional actions of these detention officers as well as the inadequate policies, procedures and customs adopted by Sheriff Jackson and the Fulton County, GA Commissioners which led to the death of Antonio May.

   Should you have any questions or concerns or if you wish to discuss the matter in further detail please let us know immediately. We look forward to your timely response.


       Very truly yours,


       Michael D. Harper,
       Attorney at Law

MDH/clj

**Receipt 1 (top left):**

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Bob Ellis, Vice Chairman District 2
Fulton County Board of Commissioners
141 Pryor Street SW 10th Floor
Atlanta, Georgia 30303

9590 9402 4009 8079 2328 17

2. Article Number (Transfer from service label)

7011 2000 0001 7301 8764

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X IAMB
☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
M. Clements    10/15/18

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

---

**Receipt 2 (top right):**

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Natalie Hall, District 4
Fulton County Board of Commissioners
141 Pryor Street SW 10th Floor
Atlanta, Georgia 30303

9590 9402 4009 8079 2328 24

2. Article Number (Transfer from service label)

7011 2000 0001 7301 8788

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X MWA
☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
M. Clements    10/15/18

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

---

**Receipt 3 (bottom left):**

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Lee Morris, District 3
Fulton County Board of Commissioners
141 Pryor Street SW 10th Floor
Atlanta, Georgia 30303

9590 9402 4009 8079 2328 00

2. Article Number (Transfer from service label)

7011 2000 0001 7301 8771

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X Mwe
☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
M. Clements    10/15/18

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

---

**Receipt 4 (bottom right):**

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Marvin S. Arrington Jr., District 5
Fulton County Board of Commissioners
141 Pryor Street SW 10th Floor
Atlanta, Georgia 30303

9590 9402 4009 8079 2328 79

2. Article Number (Transfer from service label)

7011 2000 0001 7301 8795

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
M. Clements    10/15/18

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

**[Return Receipt 1 — top left]**

R: COMPLETE THIS SECTION

plete items 1, 2, and 3.

your name and address on the reverse
at we can return the card to you.

h this card to the back of the mailpiece,
the front if space permits.

Addressed to:

heodore "Ted" Jackson, Sheriff
ulton County Sheriff's Office
85 Central Ave. S.W. *79500*
tlanta, Georgia 30303

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _____ ☑ Agent / ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
10/15/18

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ...d Mail
☐ ...d Mail Restricted Delivery ($500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

90 9402 4009 8079 2327 94

Number (Transfer from service label)
1 2000 0001 7301 8818

3811, July 2015 PSN 7530-02-000-9053   Domestic Return Receipt

**[Return Receipt 2 — top right]**

SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse
   so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
   or on the front if space permits.

1. Article Addressed to:

Chairman Robb Pitts
Fulton County Board of Commissioners
141 Pryor Street SW 10th Floor
Atlanta, Georgia 30303

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _____ ☑ Agent / ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
M. Clements   10/15/18

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail
☐ Mail Restricted Delivery ...
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

9590 9402 4009 8079 2327 70

2. Article Number (Transfer from service label)
7011 2000 0001 7301 8740

PS Form 3811, July 2015 PSN 7530-02-000-9053   Domestic Return Receipt

**[Return Receipt 3 — bottom left]**

DER: COMPLETE THIS SECTION

plete items 1, 2, and 3.

nt your name and address on the reverse
that we can return the card to you.

tach this card to the back of the mailpiece,
on the front if space permits.

icle Addressed to:

Liz Hausmann, District 1
Fulton County Board of Commissioners
141 Pryor Street SW 10th Floor
Atlanta, Georgia 30303

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _____ ☑ Agent / ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
M. Clements   10/15/18

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery ($500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

9590 9402 4009 8079 2327 87

icle Number (Transfer from service label)
7011 2000 0001 7301 8757

orm 3811, July 2015 PSN 7530-02-000-9053   Domestic Return Receipt

**[Return Receipt 4 — bottom right]**

SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse
   so ... we can return the card to you.
■ ...is card to the back of the mailpiece,
   ...ne front if space permits.

...le Addressed to:

Emma I. Darnell, District 6
Fulton County Board of Commissioners
141 Pryor Street SW 10th Floor
Atlanta, Georgia 30303

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _____ ☑ Agent / ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
M. Clements   10/15/18

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

9590 9402 4009 8079 2328 62

2. Article Number (Transfer from service label)
7011 2000 0001 7301 8825

orm 3811, July 2015 PSN 7530-02-000-9053   Domestic Return Receipt