# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| The Estate of Antonio Devon May, et, al.,  )  )  ) | |
| Plaintiffs,  ) ) | CIVIL ACTION FILE NO. 1:19-CV-02440-TWT |
| v.  )  ) | |
| Jason Roache, Derrick Paige, Jamel Goodwine, William Whitaker, Aaron Cook, Omar Jackson, Jermaine Copeland, Kenesia Stowder, Guito Delacruz, Naphcare, Inc., and Travis Williams,  )  )  )  )  )  )  )  ) | |
| Defendants.  ) | |

## **MOTION TO EXCLUDE OPINION TESTIMONY OF RANDY FOSTER**

Defendants Roache, Paige, Goodwine, Whitaker, Cook, Jackson, Copeland, Strowder, and Delacruz (the "Fulton County Sheriff's Officer Defendants") respectfully file this motion to exclude the opinion testimony of Plaintiffs' purported expert witness, Randy Foster. Based on the evidence provided and for the reasons articulated in Defendants' Brief in Support, filed herewith, Defendants request this Court exclude Mr. Foster's testimony and report on the grounds that he is unqualified to provide the opinions offered, those opinions are unreliable, and those opinions are not helpful to the Court or the trier of fact.

Respectfully submitted, this 27th day of August, 2021.

1

## OFFICE OF THE FULTON COUNTY ATTORNEY

Kaye Woodard Burwell
Interim County Attorney
Georgia Bar No. 775060

Steven E. Rosenberg
Deputy County Attorney
Georgia Bar No. 614560

*/s/ Jonathan Loegel*
Jonathan D. Loegel
Assistant County Attorney
Georgia Bar No. 755706
jonathan.loegel@fultoncountyga.gov

Attorneys for the Fulton County Sheriff's Officer Defendants

**OFFICE OF THE FULTON COUNTY ATTORNEY**
141 Pryor Street, S.W.
Suite 3048
Atlanta, Georgia 30303
404-612-0246 (office)
404-730-6324 (facsimile)

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| The Estate of Antonio Devon May, et, al., ) ) ) Plaintiffs, ) ) v. ) ) Jason Roache, Derrick Paige, Jamel Goodwine, William Whitaker, Aaron Cook, Omar Jackson, Jermaine Copeland, Kenesia Stowder, Guito Delacruz, Naphcare, Inc., and Travis Williams, ) ) ) ) ) ) ) ) Defendants. ) | CIVIL ACTION FILE NO. 1:19-CV-02440-TWT |

## CERTIFICATE OF SERVICE

THIS CERTIFIES that I have presented this document in Times New Roman, 14 point type, in accordance with L.R. 5.1(C), and that I have electronically filed the foregoing **MOTION TO EXCLUDE OPINION TESTIMONY OF RANDY FOSTER** with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all attorneys of record.

This 27th day of August, 2021.

　　　　　　　　　　　　　　　　　　*/s/ Jonathan Loegel*
　　　　　　　　　　　　　　　　　　Jonathan D. Loegel
　　　　　　　　　　　　　　　　　　Assistant County Attorney
　　　　　　　　　　　　　　　　　　Georgia Bar No. 755706
　　　　　　　　　　　　　　　　　　jonathan.loegel@fultoncountyga.gov

**OFFICE OF THE FULTON COUNTY ATTORNEY**
141 Pryor Street, S.W.
Suite 4038
Atlanta, Georgia 30303
(404) 612-0267 (office)
(404) 730-6324 (facsimile)