

## INCIDENT REPORT
Incident #: 18-254-0249-00

Prepared:
9/15/2018 12:56:56 PM

**Workflow Status: Report Approved by Central Records**

## Incident Info

| Incident # | Report Date | Time | Date Occurred | Time | Poss. Date | Time | Beat |
|---|---|---|---|---|---|---|---|
| 182540249-00 | 9/11/2018 | 0447 | 9/11/2018 | 0333 | 9/11/2018 | 0440 | 508 |

| Shift | Zone | Location | | Location Type | Rpt. District | Rpt. Officer | Inv. Officer |
|---|---|---|---|---|---|---|---|
| E | 05 | 250 WILLIAMS ST NW | | 11 | 508 | 6358 | |

| Children Inv. | Family Inv. | Gang Related | Prev. Complaints | Prior Court Orders | Disposition | Dispo. Date | Time |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| How Committed |
|---|
| CRIMINAL TRESPASS |

| Reason No Arrest | | Relationship of Parties | Weather |
|---|---|---|---|
| | | | |

## Offenses

| | Offense | Offense | | | | | # of Victims |
|---|---|---|---|---|---|---|---|
| 1 | 5707 | CRIMINAL TRESPASS | | | | | 1 |
| | IBR Code | Att/Comp | UCR | UCR Arson | UCR Status | Bias Incident | Method of Entry | Family Violence |
| | 5707 | C | 2600 | 0 | | | | N |



## INCIDENT REPORT
Incident #: 18-254-0249-00

Prepared:
9/15/2018 12:56:56 PM

### Involved Parties

**1**

| Name Type | | | | | Name | | | | |
|---|---|---|---|---|---|---|---|---|---|
| VICTIM | | | | | AMERICAN CANCER SOCIETY, | | | | |

| Address | | | | Bldg. | Apt. # | Home Phone | |
|---|---|---|---|---|---|---|---|
| 250 WILLIAMS ST NW, ATLANTA, GA  30303 | | | | | | (404) 688-5425 | |

| DOB | Age | DL Number | DL State | DL Expire | Sex | Race | Height | Weight | Hair | Eyes |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

| Hair Style | | Hair Type | | Facial Hair | | Complexion | |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| Appear | Speech | Hand | Gloves | Teeth | Glasses | Hat | Mask | Eye Defect | Skin Tone Type | Clothing Type |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

| Body Markings Type | Body Markings Description | |
|---|---|---|
| | | |

| Injury / Killed | Injury / Severity | Location on Body | Where Hospitalized |
|---|---|---|---|
| NOT INJURED | | | |

| SSN | Occupation | | GCIC Code |
|---|---|---|---|
| | | | |

| Employer | Employer Address | Work Phone | Wk. Ext. |
|---|---|---|---|
| | , , , | | |

**2**

| Name Type | | | | | Name | | | | |
|---|---|---|---|---|---|---|---|---|---|
| WITNESS | | | | | HUGHEY, KHADIJAH | | | | |

| Address | | | | Bldg. | Apt. # | Home Phone | |
|---|---|---|---|---|---|---|---|
| 5291 CAMPER PLACE, STN MTN, GA  30088 | | | | | | (404) 688-5425 | |

| DOB | Age | DL Number | DL State | DL Expire | Sex | Race | Height | Weight | Hair | Eyes |
|---|---|---|---|---|---|---|---|---|---|---|
| 6/23/1978 | 40 | | | | F | B | | | | |

| Hair Style | | Hair Type | | Facial Hair | | Complexion | |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| Appear | Speech | Hand | Gloves | Teeth | Glasses | Hat | Mask | Eye Defect | Skin Tone Type | Clothing Type |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

| Body Markings Type | Body Markings Description | |
|---|---|---|
| | | |

| Injury / Killed | Injury / Severity | Location on Body | Where Hospitalized |
|---|---|---|---|
| NOT INJURED | | | |

| SSN | Occupation | | GCIC Code |
|---|---|---|---|
| | | | |

| Employer | Employer Address | Work Phone | Wk. Ext. |
|---|---|---|---|
| | , , , | | |

No Suspects to Display!



## INCIDENT REPORT

Incident #: 18-254-0249-00

**Prepared:**
9/15/2018 12:56:56 PM

### Arrests

| | Name Type | Name | | | Location | | County |
|---|---|---|---|---|---|---|---|
| | Arrest | MAY, ANTONIO | | | | | |

| Address | | | | | | Bldg. | Apt. # | Home Phone |
|---|---|---|---|---|---|---|---|---|
| 1505 OLD CLINTON RD, MACON, GA  31211 | | | | | | | 503 | |

| DOB | Age | DL Number | DL State | DL Expire | Sex | Race | Height | Weight | Hair | Eyes |
|---|---|---|---|---|---|---|---|---|---|---|
| 5/8/1986 | 32 | | | | M | B | | | | |

| SSN | Occupation |
|---|---|
| | |

| Employer | | Employer Address | | Work Phone | Wk. Ext. |
|---|---|---|---|---|---|
| | | , , , | | | |

| Charge Type | Charge Num | Section | Remarks |
|---|---|---|---|
| GM | 1 | 16-7-21 | |
| GM | 2 | 99-WAR-OTH | |

No Vehicles to Display!

No Property to Display!

### Narrative

On today's date September 11, 2018 I, Officer Jolly was dispatched to 250 Williams in regards to a Criminal Trespass call.

Upon my arrival to the above location  I immediately observed one of the glass windows of the American Cancer Society building shattered. I then heard a male yelling from the intersection of John Portman and Williams and noticed the subject laying out on the ground with his arms spreaded out. At that time myself and unit 1512 Officer Hordesky approached the subject and detained him. I then spoke with security Officer Hughey who advised the subject threw 5 rocks at the glass causing it to shatter. The subject Mr.May admitted to throwing the rocks saying he wanted to go to jail. After speaking with security Mr.May was transported to the precinct where I was able to obtain warrants. Mr.May advised he was not feeling well and was transported to Grady detention where I was able to release custody to the correctional officers with no incident. Other than what has been documented above I have nothing further to report. On this day I was driving vehicle 31714 bnjolly@atlantaga.gov

THE UNDERSIGNED, BEING DULY SWORN, UPON HIS OR HER OATH, DEPOSES AND STATES THAT THE FOREGOING IS TRUE, CORRECT COMPLETE AND LEGIBLE TO THE BEST OF HIS/HER KNOWLEDGE AND BELIEF.

| Reporting Officer (Elec. Sig.) | ID # | Assignment | Gender | Signed Date |
|---|---|---|---|---|
| JOLLY   (YES ) | 6358 | 508 | | 9/13/2018 |
| **Supervisor (Elec. Sig.)** | **ID #** | **Assignment** | **Gender** | **Signed Date** |
| GENSON   (YES ) | 2944 | 508 | | 9/13/2018 |

| Clerk ID # | 3427 | File Date | 9/15/2018 12:55:23 PM |
|---|---|---|---|