# Fulton County Sheriff's Office

## Theodore Jackson
## Sheriff

August 13, 2009

**GENERAL ORDER #2009-06**

From: Sheriff Theodore Jackson

### THIS GENERAL ORDER WILL BE READ AT THREE (3) CONSECUTIVE ROLL CALLS.

### PURPOSE

The purpose of this directive is to provide guidelines for use of the safety restraint chair in the Fulton County Jail.

### POLICY

It is the policy of the Fulton County Sheriff's Office that Safety Restraint Chairs will only be used when an inmate in the Fulton County Jail has injured himself or herself; when there is sufficient reason to believe that the inmate may harm himself or herself; or when an inmate is actively combative AND when other restraint options have proven ineffective. It is further the policy that the Safety Restraint Chair will not be used as an instrument for punishment and will only be used as long as is required to regain control on the inmate's behavior.

### SCOPE

This directive applies to all sworn personnel.

### THE SAFETY RESTRAINT CHAIR

The Safety Restraint Chair is a chair with equipment (four or five point restraints) designed to restrain or limit the movement of inmates. It is designed to provide staff members with the safest, most humane, and least psychologically traumatizing system for restraining violent, out of control inmates. The Safety Restraint Chair is intended to be used as a safe and secure restraint method lesser restraints or in an isolation environment.

## APPROVAL FOR USE OF THE RESTRAINT CHAIR

1. Advance approval is required from the Jail Watch Commander or in his or her absence the Unit Manager before an inmate is placed in a Safety Restraint Chair. The Watch Commander approving use of a Safety Restraint Chair will assign personnel to supervise the inmate's placement into and monitoring of the inmate as long as he or she remains in the Safety Restraint Chair.

2. The Watch Commander will ensure that all staff approved to use the Safety Restraint Chair has received training on the use of the chair prior to granting approval to use it.

3. Upon approval, the Watch Commander must notify the on-duty supervising nurse. The supervising nurse will ensure that the inmate's medical and mental health condition is assessed and will advise if, based on the inmate's physical condition, he or she should not be placed in the Safety Restraint Chair.

## USE OF THE SAFETY RESTRAINT CHAIR

When placing an inmate in the restraint chair the following procedures will be utilized:

1. The area around the safety restrain chair is clear of any obstructions and/or debris.

2. A minimum of three (3) officers must be present to assist with placement of the inmate.

3. Officers will take measures to control and protect the inmates head, legs and arms to prevent injury to the inmate or a staff member.

4. Officers will secure the restraints on each of the inmate's ankle and wrist. Shoulder straps (when available) and the lap belt will be secured/fastened.

5. Once the inmate is securely fastened in the chair, the supervising officer will check the restraints and buckles to ensure proper fit.

6. Restraint straps are not to be placed around the neck or head, nor are they to be used in a manner which restricts blood circulation or breathing.

7. The Safety Restraint Chair must not be laid on its side or back.

8. No equipment or additional restraints will be added to the Safety Restraint Chair or the inmate while in the Safety Chair.

9. The Watch Commander and medical staff will determine the necessity for continued restraint on any inmate remaining in the safety restraint chair longer than two (2) hours. Inmates shall not remain in the safety restraint chair any longer than necessary.

10. The Watch Commander will ensure that restraint procedures are in accordance with guidelines approved by the contract healthcare provider.

**MEDICAL EVALUATION**

1. Upon approval for the use of the Safety Restraint Chair, the Watch Commander must notify the on-duty supervising nurse.

2. Medical staff will check for injuries, monitor vital signs, and check circulation every fifteen (15) minutes until transported to the Jail infirmary or a medical or mental facility, or the inmate becomes compliant.

3. After the initial assessment, medical staff will review the inmate's health record for any pre-existing condition that might affect the use of such restraints.

4. If the inmate has a medical or mental health condition, medical staff will notify the on-call physician immediately. The on-call physician will direct medical staff accordingly.

**MONITORING INMATES WHILE IN SAFETY RESTRAINT CHAIRS**

1. The inmate will remain under direct observation by staff throughout the placement in the chair.

2. After placement in chair, inmates who are not transferred to a medical and/or mental health unit will be observed continuously by sworn staff prior to the inmate being assessed by medical staff.

3. After the medical assessment is completed and approval to leave the inmate in the Safety Restraint Chair is obtained, visual observation by sworn staff will be made at least every fifteen (15) minutes.

4. All observations will be recorded in the area log book.

**REPORTING**

All staff members involved in the use of the safety restraint chair will complete an **Incident Report** and when applicable, a **Use of Force Report and Supplemental Reports** will be attached. All reports will be forwarded to the Watch Commander before the end of the officer's tour of duty. Reports will include the following information:

1. The behavior exhibited which caused the request to use the Safety Restraint Chair.

## REPORTING (Continued)

2. Which actions taken which proved ineffective.

3. The approving authority.

4. The name of medical staff who participated in the assessment or monitoring of the inmate.

**NOTE:** The safety restraint chair will be kept in the admissions and medical unit area and will be inspected on a monthly basis to ensure proper working order.