MM

EJ13. Whitaker

# DIRECT INDICTMENT

**FILED IN OFFICE**
NOV 16 2021
Elaine _____
DEPUTY CLERK SUPERIOR COURT
FULTON COUNTY, GA

Clerk No. 21SC179686

## FULTON SUPERIOR COURT

THE STATE OF GEORGIA

V.

**ARRON COOK**
Ct 1, 2, 3, 4 & 5
DA #: 21DA08813
**GUITO DELA CRUZ**
Ct 1, 2, 3, 4 & 5
DA #: 21DA08807
**OMAR JACKSON**
Ct 1, 2, 3, 4 & 5
DA #: 21DA08805
**JASON ROACHE**
Ct 1, 2, 3, 4 & 5
DA #: 21DA08806
**KENESIA STROWDER**
Ct 1, 2, 3, 4 & 5
DA #: 21DA08808
**WILLIAM WHITAKER**
Ct 1, 2, 3, 4 & 5
DA #: 21DA08804
PERSONID: 6644796

| | |
|---|---|
| 1 | **FELONY MURDER O.C.G.A. §16-5-1** |
| 2 | **AGGRAVATED ASSAULT (AN OBJECT WHICH) O.C.G.A. §16-5-21** |
| 3 | **BATTERY O.C.G.A. §16-5-23.1** |
| 4 | **VIOLATION OF OATH BY PUBLIC OFFICER O.C.G.A. §16-10-1** |
| 5 | **VIOLATION OF OATH BY PUBLIC OFFICER O.C.G.A. §16-10-1** |

Thee BILL

November 16th, 20 21

Antednia Jackson

Grand Jury Foreperson

**FANI T. WILLIS, District Attorney**

| The Defendant waives copy of indictment, list of witnesses, formal arraignment and pleads _____ Guilty. | The Defendant waives copy of indictment, list of witnesses, formal arraignment and pleads _____ Guilty. | The Defendant waives copy of indictment, list of witnesses, formal arraignment and pleads _____ Guilty. |
|---|---|---|
| Defendant | Defendant | Defendant |
| Attorney for Defendant | Attorney for Defendant | Attorney for Defendant |
| Assistant District Attorney | Assistant District Attorney | Assistant District Attorney |
| This____day of_____,____ | This____day of_____,____ | This____day of_____,____ |

# STATE OF GEORGIA, COUNTY OF FULTON

## IN THE SUPERIOR COURT OF SAID COUNTY

**THE GRAND JURORS,** selected, chosen and sworn for the County of Fulton, to wit:

| | |
|---|---|
| 1. ANTALISHA JACKSON, Foreperson | 14. DEANGELO PATRICK |
| 2. ANITA SHUKLA, Asst. FP | 15. JADE PEARSON |
| 3. AMY MCGUIRE, Secretary | 16. MARKEL PATRICK |
| 4. CLARA SILVA OCHOA, Asst. Sec. | 17. ANITA THOMAS-QUICK |
| 5. LATIFAH ALLAH | 18. CHRISTINE TROTTER |
| 6. CHERYL ALLEGRI | 19. DEBBIE WARREN |
| 7. RICHARD BARTOLANZO | 20. NORAH WHITE |
| 8. ADRIENNE CHEEKS | 21. JEAN WILLIE |
| 9. DESMOND COFER | 22. MATTHEW WINCHESTER |
| 10. LYDIA CURRY | 23. MARTINA SPERRY |
| 11.JARONTAE DEAN | 24. MYA LONG |
| 12. LENORA GODWIN | 25. GARRON SCOTT |
| 13. AMY LAMBERT | 26. SONYA HICKS |

in the name and behalf of the citizens of Georgia, do charge and accuse **ARRON COOK, GUITO DELA CRUZ, OMAR JACKSON, JASON ROACHE, KENESIA STROWDER, and WILLIAM WHITAKER** with the offense of **FELONY MURDER O.C.G.A. §16-5-1,** for the said accused, in the County of Fulton and State of Georgia, on the **11th day of September, 2018, did unlawfully during the commission of a felony, to wit: Aggravated Assault, cause the death of Antonio May, a human being, by activating high voltage pulses by triggering a conducted Energy Weapon and did activate an arc switch which also activated a drive stun high voltage pulse with a conducted energy weapon, an object which, when used offensively against a person, is likely to result in serious bodily injury** -contrary to the laws of said State, the good order, peace and dignity thereof;

### COUNT 2 of 5

and the Grand Jurors aforesaid, in the name and behalf of the citizens of Georgia, do charge and accuse **ARRON COOK, GUITO DELA CRUZ, OMAR JACKSON, JASON ROACHE, KENESIA STROWDER, and WILLIAM WHITAKER** with the offense of **AGGRAVATED ASSAULT (AN OBJECT WHICH) O.C.G.A. §16-5-21,** for the said accused, in the County of Fulton and State of Georgia, on the **11th day of September, 2018, did unlawfully commit an aggravated assault upon the person of Antonio Devon May by activating high voltage pulses by triggering a conducted Energy Weapon and did activate an arc switch which also activated a drive stun high voltage pulse with a conducted energy weapon, an object which, when used offensively against a person, is likely to result in serious bodily injury** -contrary to the laws of said State, the good order, peace and dignity thereof;

## COUNT 3 of 5

and the Grand Jurors aforesaid, in the name and behalf of the citizens of Georgia, do charge and accuse **ARRON COOK, GUITO DELA CRUZ, OMAR JACKSON, JASON ROACHE, KENESIA STROWDER, and WILLIAM WHITAKER** with the offense of **BATTERY O.C.G.A. §16-5-23.1 (MISDEMEANOR)**, for the said accused, in the County of Fulton and State of Georgia, on the **11th day of September, 2018, intentionally cause visible bodily harm to Antonio Devon May,**
 -contrary to the laws of said State, the good order, peace and dignity thereof;

## COUNT 4 of 5

and the Grand Jurors aforesaid, in the name and behalf of the citizens of Georgia, do charge and accuse **ARRON COOK, GUITO DELA CRUZ, OMAR JACKSON, JASON ROACHE, KENESIA STROWDER, and WILLIAM WHITAKER** with the offense of **VIOLATION OF OATH BY PUBLIC OFFICER O.C.G.A. §16-10-1,** for the said accused, in the County of Fulton and State of Georgia, on the **11th day of September, 2018, did willfully and intentionally violate his oath as prescribed by law; a true and correct copy of which is attached hereto as Exhibit "A" and which requires him to conform to the criminal laws of the state of Georgia; said oath being violated when the accused did unlawfully during the commission of a felony, to wit: AGGRAVATED ASSAULT** -contrary to the laws of said State, the good order, peace and dignity thereof;

## COUNT 5 of 5

and the Grand Jurors aforesaid, in the name and behalf of the citizens of Georgia, do charge and accuse **ARRON COOK, GUITO DELA CRUZ, OMAR JACKSON, JASON ROACHE, KENESIA STROWDER, and WILLIAM WHITAKER** with the offense of **VIOLATION OF OATH BY PUBLIC OFFICER O.C.G.A. §16-10-1,** for the said accused, in the County of Fulton and State of Georgia, on the **11th day of September, 2018, did willfully and intentionally violate his oath as prescribed by law; a true and correct copy of which is attached hereto as Exhibit "A" and which requires him to conform to the criminal laws of the state of Georgia; said oath being violated when the accused did unlawfully during the commission of a felony, to wit: BATTERY** -contrary to the laws of said State, the good order, peace and dignity thereof.

**FANI T. WILLIS, District Attorney**

Complaint #:

| Defendant | DA # | Race | Sex | Birthdate | OTN | Agency |
|---|---|---|---|---|---|---|
| COOK, ARRON | 21DA08813 | | | | | |
| DELA CRUZ, GUITO | 21DA08807 | | | | | |
| JACKSON, OMAR | 21DA08805 | | | | | |
| ROACHE, JASON | 21DA08806 | | Male | | | |
| STROWDER, KENESIA | 21DA08808 | | | | | |
| WHITAKER, WILLIAM | 21DA08804 | | | | | |

# WITNESS LIST



# FULTON COUNTY SHERIFF'S OFFICE
## Loyalty Oath
### STATE OF GEORGIA, *Fulton County*



I, _____ Arron Cook _____
PLEASE PRINT FULL NAME

a citizen of _____ Douglas _____
COUNTY OF RESIDENCE

and being an employee of the Fulton County Sheriff's Office and the recipient of public funds for services rendered as such employee, do hereby solemnly swear and affirm that I will support the Constitution of the United States and the Constitution of the State of Georgia. So help me God.

Sworn to and subscribed before me, this

The __09__ day of __January__ 20 __17__.

_____          _____
SHERIFF OF FULTON COUNTY                    SIGNATURE OF EMPLOYEE

(O.C.G.A. 45-3-11)
(O.C.G.A. 45-3-12)
(O.C.G.A. 45-3-13)

---

### DIRECTIONS:

This oath, when taken, must be attached to the Oath of Office and filed therewith as required by law.

The loyalty oath required by Code Sections 45-3-11 through 45-3-15 shall apply to all elected officers of this state, including the Governor, constitutional officers, elected officials of any political subdivision of the government of Georgia, and local school board officials, O.C.G.A. 45-3-12.

ADM040.03 REVISED 01/09

  

### FULTON COUNTY SHERIFF'S OFFICE
### Official Oath of the Detention Officer
STATE OF GEORGIA, *Fulton County*

I, _____**ARRON COOK**_____, do swear that I will
<small>PLEASE PRINT FULL NAME</small>
faithfully execute all duties, tasks, assignments, obligations, and responsibilities
directed to all Detention Officers of this County, or which are directed to all
Detention Officers of this State, or to any other Detention Officer specially.

I do further swear that I am not the holder of any public money due this State
unaccounted for; that I am not the holder of any office of trust under the Government
of the United States (except postmaster), nor either of the several States, nor of any
foreign State, and that I am otherwise qualified to hold said office according to the
Constitution and laws of Georgia, and that I will support the Constitution of the
United States and of this State.

I do further swear that during continuance in office I will, to the best of my skill and
ability, faithfully discharge all the duties required of me as a Detention Officer, and
execute the orders of my superior officers, and in all cases conform to and enforce the
criminal laws of the State of Georgia, the ordinances of Fulton County, and obey the
rules governing the Sheriff's Office, and report all violations of same that may come
to my knowledge. I will not persecute the innocent, nor help to shield the guilty, and
in all acts and doings I will be governed by the laws, rules and ordinances applicable
to the Sheriff's Office. So help me God.

Sworn to and subscribed before me, this

The ___09___ day of ___January___ 20 _17_ .

_____        _____
SHERIFF OF FULTON COUNTY            SIGNATURE OF DETENTION OFFICER

ADM051.02 REVISED 12/08



# FULTON COUNTY SHERIFF'S OFFICE

## Detention Officer Code of Ethics

As an officer employed with the Fulton County Sheriff's Office in a Detention Officer capacity, I swear to be a good citizen and a credit to my agency, community, state, and nation at all times. I will abstain from questionable behavior which might bring disrepute to the agency for which I work, my family, my community, and my associates. My lifestyle will be above and beyond reproach and I will constantly strive to set an example of a professional who performs his/her duties according to the laws of our country, state, and community and the policies, procedures, written and verbal orders, and regulations of the agency for which I work.

On the job I promise to:

**KEEP...** The institution secure so as to safeguard my community and the lives of the staff, inmates, and visitors on the premises.

**WORK...** With each individual firmly and fairly without regard to rank, status, or condition.

**MAINTAIN...** A positive demeanor when confronted with stressful situation of scorn, ridicule, danger, and/or chaos.

**REPORT...** Either in writing or by word of mouth to the proper authorities those things which should be reported, and keep silent about matters which are to remain confidential according to the laws and rules of the agency and government.

**MANAGE...** And supervise the inmates in an evenhanded and courteous manner.

**REFRAIN...** At all times from becoming personally involved in the lives of the inmates and their families.

**TREAT...** All visitors to the jail with politeness and respect and do my utmost to ensure that they observe the jail regulations.

**TAKE...** Advantage of all education and training opportunities designed to assist me to become a more competent officer.

**COMMUNICATE...** With people in or outside of the jail, whether by phone, written word, or word of mouth, in such a way so as not to reflect in a negative manner upon my agency.

**CONTRIBUTE...** To a jail environment which will keep the inmate involved in activities designed to improve his/her attitude and character.

**SUPPORT...** All activities of a professional nature through membership and participation that will continue to elevate the status of those who operate our nation's jails.

Do my best through word and deed to present an image to the public at large of a jail professional, committed to progress for an improved and enlightened criminal justice system.[1]

Arron Cook
_____                    _____          1-9-17
PRINT NAME                            SIGNATURE                      DATE

---

[1] The American Jail Association's (AJA) Board of Directors have approved the AJA Code of Ethics as part of an integral program to achieve a high standard of professional conduct among those officers employed in our nation's jails.

ADM043.05 REVISED 09/10

 

FULTON COUNTY SHERIFF'S OFFICE
## Loyalty Oath
STATE OF GEORGIA, *Fulton County*

I, ___Guito Delacruz___

<span style="font-size:small">PLEASE PRINT FULL NAME</span>

a citizen of ___Walton___

<span style="font-size:small">COUNTY OF RESIDENCE</span>

and being an employee of the Fulton County Sheriff's Office and the recipient of public funds for services rendered as such employee, do hereby solemnly swear and affirm that I will support the Constitution of the United States and the Constitution of the State of Georgia. So help me God.

Sworn to and subscribed before me, this

The ___9th___ day of ___January___ 20__17__

_____          _____
SHERIFF OF FULTON COUNTY                 SIGNATURE OF EMPLOYEE

(O.C.G.A. 45-3-11)
(O.C.G.A. 45-3-12)
(O.C.G.A. 45-3-13)

## DIRECTIONS:

This oath, when taken, must be attached to the Oath of Office and filed therewith as required by law.

The loyalty oath required by Code Sections 45-3-11 through 45-3-15 shall apply to all elected officers of this state, including the Governor, constitutional officers, elected officials of any political subdivision of the government of Georgia, and local school board officials, O.C.G.A. 45-3-12.

ADM040.03 REVISED 01/09

 **FULTON COUNTY SHERIFF'S OFFICE**
**Official Oath of the Detention Officer**
STATE OF GEORGIA, *Fulton County* 

I, **Guito Delacruz** _____, do swear that I will
PLEASE PRINT FULL NAME

faithfully execute all duties, tasks, assignments, obligations, and responsibilities directed to all Detention Officers of this County, or which are directed to all Detention Officers of this State, or to any other Detention Officer specially.

I do further swear that I am not the holder of any public money due this State unaccounted for; that I am not the holder of any office of trust under the Government of the United States (except postmaster), nor either of the several States, nor of any foreign State, and that I am otherwise qualified to hold said office according to the Constitution and laws of Georgia, and that I will support the Constitution of the United States and of this State.

I do further swear that during continuance in office I will, to the best of my skill and ability, faithfully discharge all the duties required of me as a Detention Officer, and execute the orders of my superior officers, and in all cases conform to and enforce the criminal laws of the State of Georgia, the ordinances of Fulton County, and obey the rules governing the Sheriff's Office, and report all violations of same that may come to my knowledge. I will not persecute the innocent, nor help to shield the guilty; and in all acts and doings I will be governed by the laws, rules and ordinances applicable to the Sheriff's Office. So help me God.

Sworn to and subscribed before me, this

The **9+h** day of **January** 20 **17**.

_____          _____
SHERIFF OF FULTON COUNTY                    SIGNATURE OF DETENTION OFFICER

ADM051.02 REVISED 12/08



# FULTON COUNTY SHERIFF'S OFFICE

## Detention Officer Code of Ethics

As an officer employed with the Fulton County Sheriff's Office in a Detention Officer capacity, I swear to be a good citizen and a credit to my agency, community, state, and nation at all times. I will abstain from questionable behavior which might bring disrepute to the agency for which I work, my family, my community, and my associates. My lifestyle will be above and beyond reproach and I will constantly strive to set an example of a professional who performs his/her duties according to the laws of our country, state, and community and the policies, procedures, written and verbal orders, and regulations of the agency for which I work.

On the job I promise to:

**KEEP...** The institution secure so as to safeguard my community and the lives of the staff, inmates, and visitors on the premises.

**WORK...** With each individual firmly and fairly without regard to rank, status, or condition.

**MAINTAIN...** A positive demeanor when confronted with stressful situation of scorn, ridicule, danger, and/or chaos.

**REPORT...** Either in writing or by word of mouth to the proper authorities those things which should be reported, and keep silent about matters which are to remain confidential according to the laws and rules of the agency and government.

**MANAGE...** And supervise the inmates in an evenhanded and courteous manner.

**REFRAIN...** At all times from becoming personally involved in the lives of the inmates and their families.

**TREAT...** All visitors to the jail with politeness and respect and do my utmost to ensure that they observe the jail regulations.

**TAKE...** Advantage of all education and training opportunities designed to assist me to become a more competent officer.

**COMMUNICATE...** With people in or outside of the jail, whether by phone, written word, or word of mouth, in such a way so as not to reflect in a negative manner upon my agency.

**CONTRIBUTE...** To a jail environment which will keep the inmate involved in activities designed to improve his/her attitude and character.

**SUPPORT...** All activities of a professional nature through membership and participation that will continue to elevate the status of those who operate our nation's jails.

Do my best through word and deed to present an image to the public at large of a jail professional, committed to progress for an improved and enlightened criminal justice system.[1]

Guito Delacruz
PRINT NAME                    SIGNATURE                    1-9-2017
                                                          DATE

[1] The American Jail Association's (AJA) Board of Directors have approved the AJA Code of Ethics as part of an integral program to achieve a high standard of professional conduct among those officers employed in our nation's jails.

ADM043.05 REVISED 09/10




## FULTON COUNTY SHERIFF'S OFFICE
## Loyalty Oath
### STATE OF GEORGIA, *Fulton County*

I, __Omar Jackson__

PLEASE PRINT FULL NAME

a citizen of __Clayton County__

COUNTY OF RESIDENCE

and being an employee of the Fulton County Sheriff's Office and the recipient of public funds for services rendered as such employee, do hereby solemnly swear and affirm that I will support the Constitution of the United States and the Constitution of the State of Georgia. So help me God.

Sworn to and subscribed before me, this

The ___9th___ day of ___January___ 20_17_

_____Deodre Fikes_____         _____[signature]_____
SHERIFF OF FULTON COUNTY                SIGNATURE OF EMPLOYEE

(O.C.G.A. 45-3-11)
(O.C.G.A. 45-3-12)
(O.C.G.A. 45-3-13)

### DIRECTIONS:

This oath, when taken, must be attached to the Oath of Office and filed therewith as required by law.

The loyalty oath required by Code Sections 45-3-11 through 45-3-15 shall apply to all elected officers of this state, including the Governor, constitutional officers, elected officials of any political subdivision of the government of Georgia, and local school board officials, O.C.G.A. 45-3-12.

ADM040.03 REVISED 01/09



**FULTON COUNTY SHERIFF'S OFFICE**
**Official Oath of the Detention Officer**
STATE OF GEORGIA, *Fulton County*



I, __Omar Jackson_____, do swear that I will
PLEASE PRINT FULL NAME

faithfully execute all duties, tasks, assignments, obligations, and responsibilities directed to all Detention Officers of this County, or which are directed to all Detention Officers of this State, or to any other Detention Officer specially.

I do further swear that I am not the holder of any public money due this State unaccounted for; that I am not the holder of any office of trust under the Government of the United States (except postmaster), nor either of the several States, nor of any foreign State, and that I am otherwise qualified to hold said office according to the Constitution and laws of Georgia, and that I will support the Constitution of the United States and of this State.

I do further swear that during continuance in office I will, to the best of my skill and ability, faithfully discharge all the duties required of me as a Detention Officer, and execute the orders of my superior officers, and in all cases conform to and enforce the criminal laws of the State of Georgia, the ordinances of Fulton County, and obey the rules governing the Sheriff's Office, and report all violations of same that may come to my knowledge. I will not persecute the innocent, nor help to shield the guilty; and in all acts and doings I will be governed by the laws, rules and ordinances applicable to the Sheriff's Office. So help me God.

Sworn to and subscribed before me, this

The ___9th___ day of ___January_____ 20 _17_.

_____          _____
SHERIFF OF FULTON COUNTY                  SIGNATURE OF DETENTION OFFICER

ADM051.02 REVISED 12/08



# FULTON COUNTY SHERIFF'S OFFICE

## Detention Officer Code of Ethics

As an officer employed with the Fulton County Sheriff's Office in a Detention Officer capacity, I swear to be a good citizen and a credit to my agency, community, state, and nation at all times. I will abstain from questionable behavior which might bring disrepute to the agency for which I work, my family, my community, and my associates. My lifestyle will be above and beyond reproach and I will constantly strive to set an example of a professional who performs his/her duties according to the laws of our country, state, and community and the policies, procedures, written and verbal orders, and regulations of the agency for which I work.

On the job I promise to:

**KEEP...** The institution secure so as to safeguard my community and the lives of the staff, inmates, and visitors on the premises.

**WORK...** With each individual firmly and fairly without regard to rank, status, or condition.

**MAINTAIN...** A positive demeanor when confronted with stressful situation of scorn, ridicule, danger, and/or chaos.

**REPORT...** Either in writing or by word of mouth to the proper authorities those things which should be reported, and keep silent about matters which are to remain confidential according to the laws and rules of the agency and government.

**MANAGE...** And supervise the inmates in an evenhanded and courteous manner.

**REFRAIN...** At all times from becoming personally involved in the lives of the inmates and their families.

**TREAT...** All visitors to the jail with politeness and respect and do my utmost to ensure that they observe the jail regulations.

**TAKE...** Advantage of all education and training opportunities designed to assist me to become a more competent officer.

**COMMUNICATE...** With people in or outside of the jail, whether by phone, written word, or word of mouth, in such a way so as not to reflect in a negative manner upon my agency.

**CONTRIBUTE...** To a jail environment which will keep the inmate involved in activities designed to improve his/her attitude and character.

**SUPPORT...** All activities of a professional nature through membership and participation that will continue to elevate the status of those who operate our nation's jails.

Do my best through word and deed to present an image to the public at large of a jail professional, committed to progress for an improved and enlightened criminal justice system.[1]

Omar Jackson
PRINT NAME          SIGNATURE          DATE 1/9/17

[1] The American Jail Association's (AJA) Board of Directors have approved the AJA Code of Ethics as part of an integral program to achieve a high standard of professional conduct among those officers employed in our nation's jails.

ADM043.05 REVISED 09/10



**FULTON COUNTY SHERIFF'S OFFICE**
**Official Oath of the Detention Officer**
STATE OF GEORGIA, *Fulton County*



I, _____ Jason Roache _____, do swear that I will
PLEASE PRINT FULL NAME

faithfully execute all duties, tasks, assignments, obligations, and responsibilities directed to all Detention Officers of this County, or which are directed to all Detention Officers of this State, or to any other Detention Officer specially.

I do further swear that I am not the holder of any public money due this State unaccounted for; that I am not the holder of any office of trust under the Government of the United States (except postmaster), nor either of the several States, nor of any foreign State, and that I am otherwise qualified to hold said office according to the Constitution and laws of Georgia, and that I will support the Constitution of the United States and of this State.

I do further swear that during continuance in office I will, to the best of my skill and ability, faithfully discharge all the duties required of me as a Detention Officer, and execute the orders of my superior officers, and in all cases conform to and enforce the criminal laws of the State of Georgia, the ordinances of Fulton County, and obey the rules governing the Sheriff's Office, and report all violations of same that may come to my knowledge. I will not persecute the innocent, nor help to shield the guilty; and in all acts and doings I will be governed by the laws, rules and ordinances applicable to the Sheriff's Office. So help me God.

Sworn to and subscribed before me, this

The ___9th___ day of ___January___ 20 _17_ .

_____                    _____
SHERIFF OF FULTON COUNTY                    SIGNATURE OF DETENTION OFFICER

ADM051.02 REVISED 12/08



# FULTON COUNTY SHERIFF'S OFFICE

## Detention Officer Code of Ethics

As an officer employed with the Fulton County Sheriff's Office in a Detention Officer capacity, I swear to be a good citizen and a credit to my agency, community, state, and nation at all times. I will abstain from questionable behavior which might bring disrepute to the agency for which I work, my family, my community, and my associates. My lifestyle will be above and beyond reproach and I will constantly strive to set an example of a professional who performs his/her duties according to the laws of our country, state, and community and the policies, procedures, written and verbal orders, and regulations of the agency for which I work.

On the job I promise to:

**KEEP...** The institution secure so as to safeguard my community and the lives of the staff, inmates, and visitors on the premises.

**WORK...** With each individual firmly and fairly without regard to rank, status, or condition.

**MAINTAIN...** A positive demeanor when confronted with stressful situation of scorn, ridicule, danger, and/or chaos.

**REPORT...** Either in writing or by word of mouth to the proper authorities those things which should be reported, and keep silent about matters which are to remain confidential according to the laws and rules of the agency and government.

**MANAGE...** And supervise the inmates in an evenhanded and courteous manner.

**REFRAIN...** At all times from becoming personally involved in the lives of the inmates and their families.

**TREAT...** All visitors to the jail with politeness and respect and do my utmost to ensure that they observe the jail regulations.

**TAKE...** Advantage of all education and training opportunities designed to assist me to become a more competent officer.

**COMMUNICATE...** With people in or outside of the jail, whether by phone, written word, or word of mouth, in such a way so as not to reflect in a negative manner upon my agency.

**CONTRIBUTE...** To a jail environment which will keep the inmate involved in activities designed to improve his/her attitude and character.

**SUPPORT...** All activities of a professional nature through membership and participation that will continue to elevate the status of those who operate our nation's jails.

Do my best through word and deed to present an image to the public at large of a jail professional, committed to progress for an improved and enlightened criminal justice system.[1]

Jason Roache
PRINT NAME                  SIGNATURE                        1/7/17
                                                            DATE

[1] The American Jail Association's (AJA) Board of Directors have approved the AJA Code of Ethics as part of an integral program to achieve a high standard of professional conduct among those officers employed in our nation's jails.

ADM043.05 REVISED 09/10

 

### FULTON COUNTY SHERIFF'S OFFICE
## Loyalty Oath
#### STATE OF GEORGIA, Fulton County

I, _____ Jason Roache _____
PLEASE PRINT FULL NAME

a citizen of _____ Douglas County _____
COUNTY OF RESIDENCE

and being an employee of the Fulton County Sheriff's Office and the recipient of public funds for services rendered as such employee, do hereby solemnly swear and affirm that I will support the Constitution of the United States and the Constitution of the State of Georgia. So help me God.

Sworn to and subscribed before me, this

The ____9th____ day of ____January____ 20 __17__.

_____                    _____
SHERIFF OF FULTON COUNTY                  SIGNATURE OF EMPLOYEE

(O.C.G.A. 45-3-11)
(O.C.G.A. 45-3-12)
(O.C.G.A. 45-3-13)

### DIRECTIONS:

This oath, when taken, must be attached to the Oath of Office and filed therewith as required by law.

The loyalty oath required by Code Sections 45-3-11 through 45-3-15 shall apply to all elected officers of this state, including the Governor, constitutional officers, elected officials of any political subdivision of the government of Georgia, and local school board officials, O.C.G.A. 45-3-12.

ADM040.03 REVISED 01/09



**FULTON COUNTY SHERIFF'S OFFICE**
**Official Oath of the Detention Officer**
STATE OF GEORGIA, *Fulton County*



I, **William Whitaker** , do swear that I will
PLEASE PRINT FULL NAME

faithfully execute all duties, tasks, assignments, obligations, and responsibilities directed to all Detention Officers of this County, or which are directed to all Detention Officers of this State, or to any other Detention Officer specially.

I do further swear that I am not the holder of any public money due this State unaccounted for; that I am not the holder of any office of trust under the Government of the United States (except postmaster), nor either of the several States, nor of any foreign State, and that I am otherwise qualified to hold said office according to the Constitution and laws of Georgia, and that I will support the Constitution of the United States and of this State.

I do further swear that during continuance in office I will, to the best of my skill and ability, faithfully discharge all the duties required of me as a Detention Officer, and execute the orders of my superior officers, and in all cases conform to and enforce the criminal laws of the State of Georgia, the ordinances of Fulton County, and obey the rules governing the Sheriff's Office, and report all violations of same that may come to my knowledge. I will not persecute the innocent, nor help to shield the guilty; and in all acts and doings I will be governed by the laws, rules and ordinances applicable to the Sheriff's Office. So help me God.

Sworn to and subscribed before me, this

The _8th_ day of _May_ 20 _17_ .

_____          _____
SHERIFF OF FULTON COUNTY              SIGNATURE OF DETENTION OFFICER

ADM051.02 REVISED 12/08



FULTON COUNTY SHERIFF'S OFFICE

**Detention Officer Code of Ethics**

As an officer employed with the Fulton County Sheriff's Office in a Detention Officer capacity, I swear to be a good citizen and a credit to my agency, community, state, and nation at all times. I will abstain from questionable behavior which might bring disrepute to the agency for which I work, my family, my community, and my associates. My lifestyle will be above and beyond reproach and I will constantly strive to set an example of a professional who performs his/her duties according to the laws of our country, state, and community and the policies, procedures, written and verbal orders, and regulations of the agency for which I work.

On the job I promise to:

**KEEP...** The institution secure so as to safeguard my community and the lives of the staff, inmates, and visitors on the premises.

**WORK...** With each individual firmly and fairly without regard to rank, status, or condition.

**MAINTAIN...** A positive demeanor when confronted with stressful situation of scorn, ridicule, danger, and/or chaos.

**REPORT...** Either in writing or by word of mouth to the proper authorities those things which should be reported, and keep silent about matters which are to remain confidential according to the laws and rules of the agency and government.

**MANAGE...** And supervise the inmates in an evenhanded and courteous manner.

**REFRAIN...** At all times from becoming personally involved in the lives of the inmates and their families.

**TREAT...** All visitors to the jail with politeness and respect and do my utmost to ensure that they observe the jail regulations.

**TAKE...** Advantage of all education and training opportunities designed to assist me to become a more competent officer.

**COMMUNICATE...** With people in or outside of the jail, whether by phone, written word, or word of mouth, in such a way so as not to reflect in a negative manner upon my agency.

**CONTRIBUTE...** To a jail environment which will keep the inmate involved in activities designed to improve his/her attitude and character.

**SUPPORT...** All activities of a professional nature through membership and participation that will continue to elevate the status of those who operate our nation's jails.

Do my best through word and deed to present an image to the public at large of a jail professional, committed to progress for an improved and enlightened criminal justice system.[1]

William Whitaker _____   _____   5-8-17
PRINT NAME                     SIGNATURE         DATE

[1] The American Jail Association's (AJA) Board of Directors have approved the AJA Code of Ethics as part of an integral program to achieve a high standard of professional conduct among those officers employed in our nation's jails.

ADM043.05 REVISED 09/10

 

## FULTON COUNTY SHERIFF'S OFFICE
# Loyalty Oath
### STATE OF GEORGIA, Fulton County

I, _____ William Whitaker _____,
PLEASE PRINT FULL NAME

a citizen of _____ Henry _____
COUNTY OF RESIDENCE

and being an employee of the Fulton County Sheriff's Office and the recipient of public funds for services rendered as such employee, do hereby solemnly swear and affirm that I will support the Constitution of the United States and the Constitution of the State of Georgia. So help me God.

Sworn to and subscribed before me, this

The _8th_ day of _May_ 20 _17_.

_____        _____
SHERIFF OF FULTON COUNTY              SIGNATURE OF EMPLOYEE

(O.C.G.A. 45-3-11)
(O.C.G.A. 45-3-12)
(O.C.G.A. 45-3-13)

## DIRECTIONS:

This oath, when taken, must be attached to the Oath of Office and filed therewith as required by law.

The loyalty oath required by Code Sections 45-3-11 through 45-3-15 shall apply to all elected officers of this state, including the Governor, constitutional officers, elected officials of any political subdivision of the government of Georgia, and local school board officials, O.C.G.A. 45-3-12.

ADM040.03 REVISED 01/09



FULTON COUNTY SHERIFF'S OFFICE
## Loyalty Oath
STATE OF GEORGIA, *Fulton County*



I,  **Kenesia Joy Strowder**
PLEASE PRINT FULL NAME

a citizen of  **Clayton County**
COUNTY OF RESIDENCE

and being an employee of the Fulton County Sheriff's Office and the recipient of public funds for services rendered as such employee, do hereby solemnly swear and affirm that I will support the Constitution of the United States and the Constitution of the State of Georgia. So help me God.

Sworn to and subscribed before me, this

The _09_ day of _January_ 20_17_.

_____    _____
SHERIFF OF FULTON COUNTY          SIGNATURE OF EMPLOYEE

(O.C.G.A. 45-3-11)
(O.C.G.A. 45-3-12)
(O.C.G.A. 45-3-13)

### DIRECTIONS:

This oath, when taken, must be attached to the Oath of Office and filed therewith as required by law.

The loyalty oath required by Code Sections 45-3-11 through 45-3-15 shall apply to all elected officers of this state, including the Governor, constitutional officers, elected officials of any political subdivision of the government of Georgia, and local school board officials, O.C.G.A. 45-3-12.

ADM040.03 REVISED 01/09

 

**FULTON COUNTY SHERIFF'S OFFICE**
**Official Oath of the Detention Officer**
STATE OF GEORGIA, Fulton County

I,    Kenesia Joy Strowder                                    , do swear that I will
          PLEASE PRINT FULL NAME

faithfully execute all duties, tasks, assignments, obligations, and responsibilities
directed to all Detention Officers of this County, or which are directed to all
Detention Officers of this State, or to any other Detention Officer specially.

I do further swear that I am not the holder of any public money due this State
unaccounted for; that I am not the holder of any office of trust under the Government
of the United States (except postmaster), nor either of the several States, nor of any
foreign State, and that I am otherwise qualified to hold said office according to the
Constitution and laws of Georgia, and that I will support the Constitution of the
United States and of this State.

I do further swear that during continuance in office I will, to the best of my skill and
ability, faithfully discharge all the duties required of me as a Detention Officer, and
execute the orders of my superior officers, and in all cases conform to and enforce the
criminal laws of the State of Georgia, the ordinances of Fulton County; and obey the
rules governing the Sheriff's Office, and report all violations of same that may come
to my knowledge. I will not persecute the innocent, nor help to shield the guilty; and
in all acts and doings I will be governed by the laws, rules and ordinances applicable
to the Sheriff's Office. So help me God.

Sworn to and subscribed before me, this

The  09  day of  January  20 17

_____          _____
SHERIFF OF FULTON COUNTY                  SIGNATURE OF DETENTION OFFICER

ADM051.02 REVISED 12/08



# FULTON COUNTY SHERIFF'S OFFICE

## Detention Officer Code of Ethics

As an officer employed with the Fulton County Sheriff's Office in a Detention Officer capacity, I swear to be a good citizen and a credit to my agency, community, state, and nation at all times. I will abstain from questionable behavior which might bring disrepute to the agency for which I work, my family, my community, and my associates. My lifestyle will be above and beyond reproach and I will constantly strive to set an example of a professional who performs his/her duties according to the laws of our country, state, and community and the policies, procedures, written and verbal orders, and regulations of the agency for which I work.

On the job I promise to:

**KEEP...** The institution secure so as to safeguard my community and the lives of the staff, inmates, and visitors on the premises.

**WORK...** With each individual firmly and fairly without regard to rank, status, or condition.

**MAINTAIN...** A positive demeanor when confronted with stressful situation of scorn, ridicule, danger, and/or chaos.

**REPORT...** Either in writing or by word of mouth to the proper authorities those things which should be reported, and keep silent about matters which are to remain confidential according to the laws and rules of the agency and government.

**MANAGE...** And supervise the inmates in an evenhanded and courteous manner.

**REFRAIN...** At all times from becoming personally involved in the lives of the inmates and their families.

**TREAT...** All visitors to the jail with politeness and respect and do my utmost to ensure that they observe the jail regulations.

**TAKE...** Advantage of all education and training opportunities designed to assist me to become a more competent officer.

**COMMUNICATE...** With people in or outside of the jail, whether by phone, written word, or word of mouth, in such a way so as not to reflect in a negative manner upon my agency.

**CONTRIBUTE...** To a jail environment which will keep the inmate involved in activities designed to improve his/her attitude and character.

**SUPPORT...** All activities of a professional nature through membership and participation that will continue to elevate the status of those who operate our nation's jails.

Do my best through word and deed to present an image to the public at large of a jail professional, committed to progress for an improved and enlightened criminal justice system.[1]

Kenesia Strowder
_____
PRINT NAME

_signature_          09-04-17
_____
SIGNATURE          DATE

[1] The American Jail Association's (AJA) Board of Directors have approved the AJA Code of Ethics as part of an integral program to achieve a high standard of professional conduct among those officers employed in our nation's jails.