IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| THE ESTATE OF ANTONIO DEVON MAY, by and through his Administrator, APRIL M. MYRICK, et al., <br><br> Plaintiffs, <br><br> v. <br><br> NAPHCARE, INC., et al., <br><br> Defendants. | CIVIL ACTION FILE NO. 1:19-CV-2440-TWT |

**ORDER**

This is a wrongful death action. It is before the Court on the Plaintiffs' Motion to Remand to State Court [Doc. 260] and the Defendant Naphcare's Motion to Dismiss [Doc. 261]. This action was originally filed here in federal court. Therefore, remand is not an appropriate remedy for lack of subject matter jurisdiction over the remaining medical malpractice claim. Considering the factors underlying supplemental jurisdiction—judicial economy, convenience, fairness, and comity—the appropriate remedy is dismissal without prejudice. The Defendant's Motion to Dismiss [Doc. 261] is GRANTED. This action is DISMISSED without prejudice.

SO ORDERED, this __20th__ day of December, 2023.

THOMAS W. THRASH, JR.
United States District Judge